IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **VICTOR LEE BAILEY,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action No. |
| **CONNIE KILGORE, et al.,** | : | 5:06-CV-152 (CAR) |
| **Defendants.** | : | |

## ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation (Doc. 23) from United States Magistrate Judge Claude W. Hicks, Jr., that recommends granting the Motion for Summary Judgment (Doc.15) filed by Defendants Kilgore and Crowe. Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered Defendants' Motion, Plaintiff's Response, and the Recommendation. While evidence in the record tends to show that the medical treatment provided by Defendants was less than ideal, the record is devoid of any evidence that would allow a reasonable jury to find that Defendant Kilgore or Defendant Crowe were deliberately indifferent to Plaintiff's serious medical needs. Accordingly, the Recommendation is **ACCEPTED** and Defendants' Motion for Summary Judgment is **GRANTED**.

**SO ORDERED** this 11th day of September, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL
United States District Judge

SCS/ssh